**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

WILFRED TRUJILLO,

    Plaintiff,

v.                                            CV No. 17-1117 CG/SMV

HARTFORD CASUALTY
INSURANCE COMPANY,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

**THIS MATTER** is before the Court on the parties' *Joint Motion for Dismissal With Prejudice*, (Doc. 14), filed March 20, 2018. Having considered the Joint Motion, noting it is unopposed, and being otherwise advised in the premises, the Court hereby **FINDS:**

That the parties have entered into a settlement of all issues of law and fact in this case. The settlement is intended to resolve and effect a full and final release of any and all claims, causes of action, and counterclaims that were brought or that could have been brought herein by and between the parties to this lawsuit. The parties have agreed that any and all claims, causes of action, and counterclaims that were brought or that could have been brought herein by and between the parties are to be dismissed with prejudice. The parties have also agreed to bear their own costs and attorneys' fees and have asked this Court to issue an order of dismissal with prejudice dismissing the Defendant.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that:

    1. The Defendant is dismissed with prejudice.

2. All claims, causes of action, and counterclaims that have been asserted or that could have been asserted herein by and between the parties are hereby dismissed with prejudice.

3. The parties are to bear their own costs and attorneys' fees.

**IT IS SO ORDERED.**

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE

Submitted by:

 */s/ Courtenay L. Keller*
Courtenay L. Keller
Riley, Shane & Keller, PA
3880 Osuna Road NE
Albuquerque, NM 87109
(505) 883-5030
ckeller@rsk-law.com
*Attorneys for Defendant*

Approved:

 *Approved via email 03/19/2018*
Mark L. Pickett
The Pickett Law Firm, LLC
PO Box 1239
Las Cruces, NM 88004
(575) 526-3338
mark@picklawllc.com
*Attorneys for Plaintiff*